USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. E. SHAW & CO., L.P.,

Plaintiff,

- against -

VALENCE CAPITAL GROUP, LLC,
VALENCE EPM STRATEGY, LLC, and
VALENCE FUND MANAGEMENT, LLC,

Defendants.

Civil Action No. 05-CV-5868 (JHJ)

## STIPULATION OF DISMISSAL

Pursuant to settlement, all parties hereto, through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned civil action without prejudice, each party to bear its own costs and attorney's fees. The Court shall retain jurisdiction over this action solely for purposes of enforcing the parties' settlement agreement.

Dated: New York, New York
September 1, 2005

KENYON & KENYON
Attorneys for Plaintiff
D. E. Shaw & Co., L.P.

James E. Rosini (JR 7791)
Michelle Mancino Marsh (MM 1494)
Brad M. Behar (BB 0363)
One Broadway
New York, NY 10004
(212) 425-7200
(212) 425-5288 (fax)

BROWN RAYSMAN MILLSTEIN FELDER & STEINER
Attorneys for Defendants
Valence Capital Group, LLC,
Valence EPM Strategy, LLC, and
Valence Fund Management, LLC

Nancy J. Mertzel
900 Third Avenue
New York, NY 10022
(212) 895-2000
(212) 895-2900 (fax)

05 CV 5868 (SHS)

Of Counsel:

Brian S. Mudge
KENYON & KENYON
1500 K Street NW
Washington, DC 20005
(202) 220-4200
(202) 220-4201 (fax)

Of Counsel:

Ross Emmerman
Antony McShane
Michael Carrillo
NEAL GERBER EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
(312) 269-8000
(312) 269-1747 (fax)

SO ORDERED: 9/7/05

U.S.D.J.